# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRUSTEES OF THE CEMENT MASONS' UNION LOCAL 780 BENEFIT FUNDS,**<br><br>Plaintiff<br><br>v.<br><br>**J.H. REID GENERAL CONTRACTOR,**<br><br>Defendant. | Civ. No. 2:18-12361 (WJM)<br><br>**JUDGMENT** |

### WILLIAM J. MARTINI, U.S.D.J.:

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Default Judgment. ECF No. [6]. For the reasons set forth in the accompanying opinion,

**IT IS** on this 17th day of December, 2018,

**ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED,** and it is further

**ORDERED** that final judgment is entered in favor of Plaintiff and against Defendants, in the total amount of $97,939.77, comprised of the following:

- $94,170.27 in unpaid contributions, interest, liquidated damages, and audit fees;
- $3,290.00 in attorneys' fees; and
- $479.50 in costs.

*/s/ William J. Martini*
**WILLIAM J. MARTINI, U.S.D.J.**